BEFORE THE FIRST DIVISION, DECEMBER 20, 1951

**No. 56182.**—Cathay Crafts Corp. et al. *v.* United States, protests 988216–G, etc. (New York).

Opinion by OLIVER, C. J. It was stipulated that certain items of the merchandise consist of mah jong sets composed of synthetic resin similar in all material respects to the synthetic resin articles the subject of Abstract 54651. The claim at 20 percent under paragraph 1558 was therefore sustained.